170 A.3d 288

**Carrie M. WARD, et al.**

v.

**Catherine MARTINSON**

**No. 46, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

**50**

Submitted by Ava E. Lias-Booker (Emily Patterson, McGuire Woods, LLP of Baltimore, MD; Brian E. Pumphrey of Richmond, VA) for Petitioners.

Submitted by Phillip R. Robinson (Consumer Law Center, LLC of Silver Spring, MD), for Respondent.

Submitted before Greene, Adkins, McDonald, Watts, Hotten, Getty, JJ.

### PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted, it is this 22nd day of September, 2017,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed as moot.